■ In the Matter of NOEL M., a Person Alleged to be a Juvenile Delinquent, Appellant. [659 NYS2d 733] —Order of disposition, Family Court, New York County (Mary Bednar, J.), entered on or about January 28, 1997, adjudicating appellant a juvenile delinquent, upon a fact-finding determination that he committed an act which, if committed by an adult, would constitute criminal possession of a controlled substance in the fifth degree, and placing him with the New York State Division for Youth for a period of up to 3 years, with 6 months in a secure facility followed by 1 year in a limited secure facility, unanimously affirmed, without costs.

In determining that restrictive placement was warranted, the court set forth, on the record, specific findings of fact pursuant to Family Court Act § 353.5 based on all the appropriate considerations (*see, Matter of David B.*, 186 AD2d 352). The order of disposition "reflects an appropriate balancing of the needs of appellant and the safety of the community." (*Matter of Edward B.*, 170 AD2d 270, 271.) Concur—Murphy, P. J., Milonas, Tom, Andrias and Colabella, JJ.